**Luis CASTILLEJO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–71082.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2010.*

Filed Oct. 6, 2011.

Hugo Florentino Larios, Hugo F. Larios Law, P.L.L.C., Tempe, AZ, for Petitioner.

OIL, Genevieve Holm, Terri Jane Scadron, Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of The Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

MEMORANDUM **

Luis Castillejo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Castillo–Cruz v. Holder,* 581 F.3d 1154, 1158–59 (9th Cir. 2009), and we deny the petition for review.

The agency properly denied Castillejo's application for cancellation of removal on the ground that his conviction under Arizona Revised Statutes § 28–1383(A)(1) is a crime involving moral turpitude rendering him inadmissible under 8 U.S.C. § 1182(a)(2) and therefore ineligible for cancellation relief under 8 U.S.C. § 1229b(b)(1). *See Marmolejo–Campos v. Holder,* 558 F.3d 903, 917 (9th Cir.2009) (en banc).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

